IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 22544

In the Matter of ROBERT E. ARNOLD III,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed by the respondent on September 25, 2018, addressed to the Clerk of the Appellate Courts, respondent Robert E. Arnold III, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2018 Kan. S. Ct. R. 261).

At the time the respondent surrendered his license, the Disciplinary Administrator was investigating a complaint that the respondent violated Kansas Rules of Professional Conduct 1.5 (2018 Kan. S. Ct. R. 294) (fees), 1.6 (2018 Kan. S. Ct. R. 296) (confidentiality), 1.15 (2018 Kan. S. Ct. R. 328) (safekeeping property), 8.1 (2018 Kan. S. Ct. R. 379) (disciplinary matters), and 8.4 (2018 Kan. S. Ct. R. 381) (professional misconduct). On June 12, 2018, the Missouri Supreme Court entered an order disbarring the respondent from the practice of law in Missouri based on the same underlying misconduct.

This court finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Robert E. Arnold III be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

1

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Robert E. Arnold III from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2018 Kan. S. Ct. R. 262).

Dated this 3rd day of October, 2018.